UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

WDNC Civil Action No. _____

| | |
|---|---|
| BONNIE ALEMETA-CHRISTINA TOLLEY, as Administrator of the ESTATE OF TIMOTHY CRAIG SETZER, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF HICKORY, Officer AARON CAINE TRAVIS, in his individual and official capacities, Officer AUSTIN RYAN STEELE, in his individual and official capacities, and Officer ISAM GAMAL SHAMSELDIN, in his individual and official capacities, <br><br> Defendant. | **NOTICE OF REMOVAL TO FEDERAL COURT** |

NOW COMES Defendants, The City of Hickory, Officer Aaron Caine Travis, Officer Austin Ryan Steele, and Officer Isam Gamal Shamseldin, (collectively "Defendants"), respectfully removes the above-captioned action from the Superior Court of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331, § 1441, § 1446, and §1367.

In support of this *Notice of Removal to Federal Court*, Defendants state as follows:

1. On August 13, 2025, Plaintiff filed a Complaint in the Superior Court of Catawba County, North Carolina, styled *Bonnie Alemetha-Christina Tolley, as Administrator of the Estate of Timothy Craig Setzer, Jr. v. The City of Hickory, Officer*

*Caine Travis, Officer Austin Ryan Steele and Officer Isam Gamal Shamseldin,* which matter was assigned Civil Action No. 25-CVS-2595. Counsel for Defendants, accepted service for all Defendants on August 25, 2025.

    2.    Pursuant to 28 U.S.C. § 1446(b), a copy of all process and pleadings served upon Defendants are attached hereto as **Exhibit A**.

    3.    This notice is being filed within thirty (30) days of the latest date of service of the Summons and Complaint in this case on Defendants; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b). Defendants are represented by the undersigned counsel and Defendants consents to removal.

    4.    In the Complaint, Plaintiff has alleged various causes of action against Defendants, including a claims pursuant to 42 U.S.C. §1983 for violation of rights under the Fourth and Fourteenth Amendments, and for damages arising under the laws of the United States.

    5.    Because this is a civil suit for damages arising under the laws of the United States, specifically, 42 U.S.C. §§ 1983, this case involves a federal question, and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441. Further this Court has supplemental jurisdiction over the state law claims of negligence per se, assault and battery, wrongful death, and negligence/gross negligence pursuant to 28 U.S.C. § 1367.

    6.    Based on federal question jurisdiction, Defendants contends that the aforesaid state action may be removed by Defendants pursuant to 28 U.S.C. § 1441. Defendants contends that the United States District Court would be acting within its

discretion by exercising supplemental jurisdiction over the remaining state claims, pursuant to 28 U.S.C. § 1367

7. The United States District Court for the Western District of North Carolina is the District in which the aforementioned state court action is now pending. Therefore, the undersigned hereby moves to remove this action from the aforesaid Superior Court of Catawba County, North Carolina, in which it is now pending, to the United States District Court for the Western District of North Carolina by filing this Notice of Removal.

8. Written notice of filing of this Notice of Removal will be served upon the adverse party in this action as required by law.

9. A copy of this Notice of Removal has been sent for filing with the Clerk of the Superior Court of Catawba County, North Carolina, as shown by the Notice attached hereto as **Exhibit B**.

WHEREFORE, the Defendants, hereby gives notice that this action has been removed from the Superior Court of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina.

This 24th day of September 2025.

        CRANFILL SUMNER LLP

BY:   /s/Jake W. Stewart
       Jake W. Stewart, NC Bar #51157
       Ariella Z. Walsh, NC Bar #55047
       *Attorneys for Defendants*
       P.O. Box 30787
       Charlotte, NC 28230
       Telephone (704) 332-8300

Facsimile (704) 332-9994
jstewart@cshlaw.com
awalsh@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** with the Clerk of Court using the CM/ECF system serving the same on all parties as follows:

| | |
|---|---|
| M. Anthony Burts II<br>Kathryn Roseman<br>*Attorney for Plaintiff*<br>P.O. Box 102<br>Newton, NC 28658<br>Telephone: (704) 751-0455<br>Facsimile: (704) 413-3882<br>anthony@burtslaw.com<br>katie@burtslaw.com | Michael L. Littlejohn, Jr.<br>*Attorney for Plaintiff*<br>227 W. 4th Street<br>Charlotte, NC 28202<br>Telephone: (704) 332-4581<br>Facsimile: (704) 625-9396<br>Email: mll@littlejohn-law.com |
| Justin Ramey<br>*Attorney for Plaintiff*<br>P.O. Box 1462<br>Newton, NC 28658<br>Telephone: (828) 382-8229<br>Facsimile: (980) 243-7066<br>Email: justin@jrameylaw.com | |

This 24th day of September 2025.

                                                           CRANFILL SUMNER LLP

                                BY:    /s/*Jake W. Stewart*_____
                                                    Jake W. Stewart, NC Bar #51157
                                                   Ariella Z. Walsh, NC Bar #55047
                                                   *Attorneys for Defendants*
                                                   P.O. Box 30787
                                                   Charlotte, NC 28230
                                                   Telephone (704) 332-8300
                                                   Facsimile (704) 332-9994
                                                   jstewart@cshlaw.com
                                                   awalsh@cshlaw.com